William H. Keig, appellant, v. L. & G. Feed Company, appellee. Gen. No. 8,703.

 Opinion filed January 19, 1934.

North, Gibboney & North, for appellant. Burrel Barash, for appellee; Louis Gard, of counsel.

Mr. Justice Dove delivered the opinion of the court.

Ida C. Ermold, appellant, v. H. Clayton Bear, appellee. Gen. No. 8,714.

Opinion filed January 19, 1934.

Heard & Heard, for appellant; Oscar E. Heard and Oscar E. Heard, Jr., of counsel. Burrell, James & Burrell, for appellee; L. H. Burrell, H. D. James and D. M. Burrell, of counsel.

Mr. Justice Dove delivered the opinion of the court.

Marie A. Bloom, appellee, v. N. M. Gillette and E. M. Johnson, appellants. Gen. No. 8,717.

Opinion filed January 19, 1934.

Burrel Barash, for appellant E. M. Johnson. Todd, Morgan, Pendarvis & Arber, for appellee.

Mr. Justice Dove delivered the opinion of the court.

Peter Heidenriech, appellee, v. J. J. Moffett, appellant. Gen. No. 8,727.

 Opinion filed January 19, 1934.

Arthur G. Higgs, for appellant. James H. Andrews, Gregg A. Young and Harper Andrews, for appellee.

Mr. Justice Dove delivered the opinion of the court.

Paul C. Nicholson, administrator of the estate of Onetta Nicholson, deceased, appellant, v. Noah W. Winn et al., appellees. Gen. No. 8,735.

 Opinion filed January 19, 1934.

L. M. Burkey, Brian & McManus and Raymond A. Liggett, for appellant. F. W. Rennick, Vera M. Binks and Thomas J. Welch, for appellees.

Mr. Justice Dove delivered the opinion of the court.